DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '10 APR 12 14:55 USDC-ORE

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Roger Davy**

**Plaintiff,**

vs.

Civil No. 08-cv-00037-AA

**Commissioner of Social Security**

**ORDER GRANTING AWARD**
**Defendant.**     **OF EAJA FEES**

Pursuant to good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $7.76, costs in the amount of $16.10, and attorney's fees in the amount of $4,624.65, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 11th day of april, 2010.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**